IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. _____ |
| | : | |
| v. | : | Date Filed: _____ |
| | : | |
| WILLIAM GRAY | : | Violations: |
| | : | |
| | : | 18 U.S.C. § 922(o) |
| | : | (possession of machineguns |
| | : |  - 1 count) |
| | : | 26 U.S.C. § 5861(d) |
| | : | (possession of unregistered machineguns |
| | : |  - 1 count) |
| | : | |
| | : | Notice of additional factors |
| | : | Notice of forfeiture |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about September 27, 2004, at Lansdale, in the Eastern District of Pennsylvania, defendant

**WILLIAM GRAY**

did knowingly possess four machineguns, that is:

1. An MP-40, 9mm submachine gun, serial number 74247;

2. A Sten, 9mm submachine gun, serial number 1L7074;

3. An AK-47, 7.62 X 39mm rifle, serial number A37324; and

4. An M-2, .30 caliber carbine, serial number 182910.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about September 27, 2004, at Lansdale, in the Eastern District of Pennsylvania, defendant

**WILLIAM GRAY**

knowingly possessed four firearms, that is four machineguns, not registered to him in the National Firearms Registration and Transfer Record, specifically:

1. An MP-40, 9mm submachine gun, serial number 74247;

2. A Sten, 9mm submachine gun, serial number 1L7074;

3. An AK-47, 7.62 X 39mm rifle, serial number A37324; and

4. An M-2, .30 caliber carbine, serial number 182910.

In violation of Title 26, United States Code, Sections 5845(a) and (b), 5861(d), and 5871.

## NOTICE OF ADDITIONAL FACTORS

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

    1.   In committing the offenses charged in Counts One and Two of this Information, defendant:

### WILLIAM GRAY

       a.  Committed the offenses involving four firearms, as described in U.S.S.G. § 2K2.1(b)(1)(A).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(o) set forth in Count One of this Information, the defendant

### WILLIAM GRAY

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in the commission of this offense, including, but not limited to:

1. An MP-40, 9mm submachine gun, serial number 74247;

2. A Sten, 9mm submachine gun, serial number 1L7074;

3. An AK-47, 7.62 X 39mm rifle, serial number A37324; and

4. An M-2, .30 caliber carbine, serial number 182910.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**PATRICK L. MEEHAN**
**United States Attorney**